AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
       Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| DAVIS, KENNETH A | CM/ECF Case No. 4:26-PO-00223-AGH |

| | | |
|---|---|---|
| Case No. | GM36 | E1528580 |
| USM No. | | E1528581 |
| Pro Se | | |

Defendant's Attorney

**THE DEFENDANT:** DAVIS, KENNETH A

☐  **THE DEFENDANT** pleaded guilty to count(s)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 38 CFR 1.218(b)(11) | Disorderly Conduct | 04/09/2026 | 1 |
| 32 CFR 228.12 | Willful Damage of Government Property | 04/09/2026 | 2 |

☑  Count(s)  <u>1 and 2</u>  ☐ is  ☑ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ | $ | $ |

Last Four Digits of Defendant's Soc. Sec. No.: <u>5047</u>

Defendant's Year of Birth: <u>1978</u>

City and State of Defendant's Residence:
FT MITCHELL, AL

07/22/2026
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

07/22/2026
Date